**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6497**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JIMMY LAWRENCE NANCE,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:92-cr-00135-JPJ-1)

Submitted:  October 30, 2025                    Decided:  November 3, 2025

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jimmy Lawrence Nance, Appellant Pro Se.  Jonathan Patrick Jones, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Lawrence Nance appeals the district court's order denying his motion for compassionate release. We have reviewed the record and Nance's arguments in his informal brief, as amended, and we conclude that the district court did not abuse its discretion in denying Nance's motion. *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (providing standard). Accordingly, we affirm the district court's order. *United States v. Nance*, No. 7:92-cr-00135-JPJ-1 (W.D. Va. Apr. 25, 2025). We deny Nance's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*